IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON MAYO,                         )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )      Case No.  11-cv-0544-MJR
                                    )
SOUTHERN ILLINOIS RIVERBOAT/        )
CASINO CRUISES, INC., d/b/a         )
Harrah's Metropolis Casino,         )
                                    )
        Defendant.                  )

<u>ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL</u>

REAGAN, District Judge:

Having been advised by Magistrate Judge Donald G. Wilkerson that the above-captioned action has been settled in its entirety but that additional time is needed to finalize the settlement documents, the undersigned District Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice.  Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment to a later date.  Due to the settlement, the Court **DENIES AS MOOT** the pending motion (Doc. 26) and **CANCELS** all settings herein.

IT IS SO ORDERED.

DATED March 20, 2012

                        <u>s/Michael J. Reagan</u>
                        MICHAEL J. REAGAN
                        United States District Judge