IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON MAYO,  )
 )
    Plaintiff,  )
 )
v.  )  Case No. 11-cv-0544-MJR
 )
SOUTHERN ILLINOIS RIVERBOAT/  )
CASINO CRUISES, INC., d/b/a  )
Harrah's Metropolis Casino,  )
 )
    Defendant.  )

## ORDER REGARDING SETTLEMENT AND IMPENDING DISMISSAL

REAGAN, District Judge:

    Having been advised by Magistrate Judge Donald G. Wilkerson that the above-captioned action has been settled in its entirety but that additional time is needed to finalize the settlement documents, the undersigned District Judge hereby **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

    If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment to a later date. Due to the settlement, the Court **DENIES AS MOOT** the pending motion (Doc. 26) and **CANCELS** all settings herein.

    IT IS SO ORDERED.

    DATED March 20, 2012

                                      s/Michael J. Reagan
                                      MICHAEL J. REAGAN
                                      United States District Judge